CASE NO: F-0863139-W

012-15

EX PARTE

§ IN THE 303rd JUDICIAL

§ DISTRICT COURT

JOHN EDWARD HALL

§ DALLAS COUNTY, TEXAS

APRIL 20, 2015
JOHN E HALL #1605233
ALLRED UNIT
2101 FM 369 N
IOWA PARK, TEXAS 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 23 2015

Abel Acosta, Clerk

RE: F-0863139-W

DEAR Abel Acosta, Clerk:

I'M WRITING TODAY WITH THE REQUEST OF MAKING AN REQUEST TO KNOW THE STATUS OF MY CASE. YOU MAY BEWARE THAT THE STATE MAY HAVE RESPONDED TO MY "PDR" AND I HAVE SENT A RESPONSE TO THAT ON THIS DAY OF APRIL 20, 2015. AND I'M ENCLOSING A COPY OF THAT RESPONSE BECAUSE I FEEL THAT IT IS TO THE UPMOST IMPORATANCE THAT THIS COURT RECEIVE A COPY BECAUSE THERE IS A MIX-UP OF IF WHAT I HAVE FILED WAS AN "PDR" OR WAS IT AN HABEAS CORPUS? I LET THE LOWER COURT KNOW IN MY RESPONSE THAT IT WAS AN "PDR," BUT THEY SEEM TO THINK ITS A SECOND WRIT OF HABEAS CORPUS AND IF IT'S NO FAULT OF MY OWN, I HAVE TOLD THEM IT A "PDR" AND IT SHOULD BE TREATED AS ONE BECAUSE THIS SAID COURT OF CRIMINAL APPEALS HAS TREATED IT AS ONE. I WAS MISTAKEN IN THINKING BECAUSE I FILE AN OUT-OF-TIME FOR DISCRETIONARY REVIEW ON A 11.07 HABEAS CORPUS AND WAS GRANTED TO FILE ONE ON NOV. 12, 2014, THAT I HAD TO FILE ANOTHER 11.07 ALONG WITH THE "PDR" WHEN IT SENT IT TO THIS COURT OF CRIMINAL APPEAL WHICH RECEIVED AND FILED MY "PDR" ON MARCH 16, 2015 ON MARCH 13 YOU SENT A LETTER STATING YOU WERE RETURNING THE COURT APPLICATION BECAUSE IT DOES NOT COMPLY WITH 11.07 SECTION 3(b), WHICH UPON RECEIVING THE WRIT BACK I SENT IT TO THE DISTRICT CLERK OF CONVICTING COURT ALONG WITH A COPY OF MY "PDR" ALONG WITH IT SO THE STATE ATTORNEY WOULD KNOW THE ISSUES I WAS CITING AND THE LAWS GORVERNING THEM. NOW, THAT SENT THEIR RESPONSE TO ME AND I'M TRYING TO FIGURE OUT WHY DO THEY THINK THAT

I HAVE FILE A SECOND WRIT OF HABEAS CORPUS? NOW IN THEIR RESPONSE THEY STATE YOU CAN'T REARGUE ISSUE THAT WERE ALREADY ARGUED ON DIRECT APPEAL ON HABEAS CORPUS. THE ISSUE THAT I'M ARGUING BASED ON MY "PDR" AND THAT WHAT I SHOULD ARGUE WHAT WAS RAISED ON DIRECT APPEAL SO I CAN ASK THIS COURT FOR DISCRETIONARY REVIEW TO SEE DID THEY USE SOUND JUDGMENT ON MY CASE. NOW IF THIS COURT RECOGNIZE MY PETITION HAS A "PDR" THAN SO SHOULD THE LOWER COURTS ALSO. IF THE FILING ERROR OF FILING AN 11.07 ALONG WITH THE "PDR" SHOULD IF TAKE AWAY FROM THE "PDR" BECAUSE IT CLEARLY LABELED AS A "PDR" AND ALL THE CAUSE NUMBER REFLECT ITS ONE AND THE SAME AS THE "PDR"? IF THAT IS THE CASE APPLICANT WOULD LIKE TO HAVE TIME TO WITHDRAW THE 11.07 FORM AND HAVE IT ADDREAND TO SHOW THAT APPELLANT IS FILING A "PDR" WHICH THIS COURT HAS ALREADY FILED UNDER A "PDR". PLEASE FILE THIS WITH TO COURT OF CRIMINAL APPEALS AND ALSO THE COPY OF APPELLANT RESPONSE TO THE STATE CLAIM THAT I TRIED TO RESOLVE THE CONCLIFT OF IF THIS WAS A "PDR" OR A HABEAS CORPUS. I WOULD LIKE TO BE NOTIFIED THAT YOU HAVE RECEIVED THIS AND FILED IT WITH THE COURT OF CRIMINAL APPEAL AND SEND ME A COPY OF THIS FILING AND ALSO SEND ME A COPY OF THE STATUS OF MY "PDR" WHICH IS STILL PENDING, AND BY THE STATES OWN ADMISSION AND IF THEY ARE ADMITTING THAT MY "PDR" IS STILL PENDING THAN THEY SHOULD KNOW THAT THEY ARE RESPONSING TO ONE AND THE SAME.

RESPECTFULLY SUBMITTED
JOHN E. HALL
John E. Hall #1608033
James V. Allred Unit
2101 FM 369 N
Iowa Park, TX 76367-

WRIT NO. W08-63139-W(B)

EX PARTE

§ IN THE 363RD JUDICIAL
§ DISTRICT COURT
§
JOHN EDWARD HALL
§ DALLAS COUNTY, TEXAS

APPLICANT'S REBUTTAL TO STATES PROPOSED FINDING
OF FACTS, CONCLUSION OF LAW IN ORDER

APPLICANT CONTENDS THAT THE STATE HAS NOT GIVEN APPELLANT CLAIMS IN HIS "PDR"
ANY CONSIDERATION BECAUSE OF THE FACT THAT APPLICANT HAS MADE AN MISTAKE
OF FILING AN APPLICATION FORM OF AN 11.07 ALONG WITH HIS "PDR" TO THE COURT
OF CRIMINAL APPEALS. THE COURT OF CRIMINAL APPEAL HAS ACKNOWLEDGE THE
THE APPLICANTS "PDR" WHICH WAS RECEIVED AND FILE ON MARCH 10, 2015. ON
MARCH 13, 2015; THE CLERK OF APPEALS COURT SENT A LETTER SAYING: "WE ARE
RETURNING THIS WRIT APPLICATION BECAUSE IT DOES NOT COMPLY WITH ART. §11.07, SECTION
3(b) OF THE CODE OF CRIMINAL PROCEDURE; WHICH STATED IT MUST BE FILED WITH THE
DISTRICT CLERK IN THE COUNTY OF THE CONVICTION. APPLICANT SENT THE FORM WHICH WAS
STAMPED AND DATE THAT IT WAS RECEIVED AND FILED WITH THE COURT OF CRIMINAL
APPEALS AND THAT I SHOULD FILE WITH THE CLERK OF CONVICTION. APPLICANT SENT
THAT FORM ALONG WITH A COPY OF HIS "PDR" TO THE DISTRICT CLERK AS REQUESTED.
APPLICANT WOULD LIKE TO ACKNOWLEDGE THAT THIS WAS A "PDR" AND NOT AN 11.07
AND ASK THAT THIS COURT ACKNOWLEDGE IT AS A "PDR" ALSO BECAUSE THE COURT
OF CRIMINAL APPEALS HAS ACKNOWLEDGE IT AS AN "PDR" BECAUSE ITS STILL PENDING
IN ITS COURT.

II

ISSUE RAISED IN APPLICATION

APPLICANT ASSERTS THE FOLLOWING FOUR GROUNDS FOR RELIEF : (1) THE EVIDENCE WAS
INSUFFICIENT TO SUPPORT THE JURY REJECTION OF NO SELF-DEFENSE CLAIM. (2) THE TRIAL
COURT ERRED IN FAILING TO INSTRUCT THE JURY ON "THE PRESUMPTION OF REASONABLE

BELIEF"; (3) THE TRIAL COURT ERRED IN FAILING TO INSTRUCT THE JURY THAT A PERSON IS JUSTIFIED IN USING DEADLY FORCE AGAINST ANOTHER TO PREVENT THE OTHER'S IMMINENT COMMISSION OF MURDER; AND (4) THE COURT ERRONEOUSLY INSTRUCTED THE JURY ON AN "INAPPLICABLE STATUTORY LIMITATION ON HIS RIGHT TO SELF-DEFENSE.

## III

## APPLICANTS REBUTTAL TO STATE RESPONSE

APPLICANTS REPLY IS THAT THE STATE IS NOT TRYING TO TO REFUTE THE CLAIMS THAT HE HAS SET FORTH IN HIS "PDR", BUT THEY ARE TRYING TO DISMISS HIS CLAIM SOLELY BASED ON THE FACT THAT YOU CAN'T REARGUE CLAIM THAT HAVE BEEN ARGUED ON DIRECT APPEAL ON A HABEAS CORPUS. THAT IN FACT IS TRUE, BUT APPLICANT HAS NOT ARGUING THESE CLAIM ON A HABEAS CORPUS, BUT IN HIS "PDR" WHICH STATES THAT YOU CAN ONLY REARGUE WITH WAS SAID ON YOUR DIRECT APPEAL AND YOU WOULD LIKE THE COURT OF CRIMINAL APPEALS TO REVIEW THE CASE AND SEE DID THE LOWER COURT MAKE A SOUND JUDGEMENT ON THE CASE. NOW, APPLICANT WOULD LIKE TO HAVE THE COURT OF CRIMINAL APPEALS LOOK AT THIS MIX-UP BETWEEN HIS "PDR" OR IS THIS A HABEAS CORPUS? THE COURT OF CRIMINAL APPEALS HAS ALREADY ACCEPTED AS A "PDR" AND WOULD HOPE THAT IT WOULD ASK THE LOWER COURT TO ACCEPT IT AS A "PDR" ALSO BECAUSE IT HAS ALREADY BEEN FILED AS ONE AND IF THE STATE WOULD LIKE TIME TO AMMEND IT RESPONSE IT WOULD BE WELCOMED. THE STATE CONTENDS THAT THIS IS MY SECOND WRIT FOR HABEAS CORPUS, BUT HOW CAN THAT BE BECAUSE ITS ONE AND THE SAME THAT I FILED WITH THE COURT OF CRIMINAL APPEALS AND IF THE FILING WAS INCORRECTLY DONE IT WAS ONLY IN THAT APPLICANT FILED AN HABEAS CORPUS ALONG WITH IT BECAUSE HE WAS UNDER THE IMPRESSION IT WAS FILING HIS "PDR" STILL UNDER THE TIME OR AN OUT-TIME PETITION FOR DISCRETIONARY REVIEW WHICH YOU HAD TO FILE ON THE 11.07 FORM. IF THAT WAS INCORRECT, WHY DID THE COURT OF CRIMINAL APPEALS ACCEPT IT AS A "PDR" AND ACKNOWLDGE IT AS A "PDR" AND THAN SAY FILE WITH CLERK OF CONVICTING COURT. SO THE CONVICTING COURT SHOULD BEEN AWARE IT WAS AND IS A "PDR" AND APPLICANT WOULD LIKE THE COURT OF CRIMINAL APPEALS TO BE MADE AWARE OF THIS MISTAKE SO THAT IT CAN BE CLEARED UP.

## IV

## CONCLUSION

APPLICANT WOULD LIKE THE COURT OF CRIMINAL APPEALS REVIEW THE APPELLANT

GROUNDS OF ARGUMENT AND GRANT RELIEF OF THOSE CLAIM AND ALSO CLEAR-UP THIS MISTAKE OF WHETHER THIS WAS A "PDR" OR A HABEAS CORPUS? APPELLANT PRAYS FOR ALL RELIEF BE GRANTED.

RESPECTFULLY SUBMITTED

JOHN EDWARD HALL

John Edward Hall #1608233

JAMES V. ALLRED
2101 FM 369 N
IOWA PARK, TX 76367

DATE APRIL 20, 2015